UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY ORTIZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DOUG V. MULL, et al.,<br><br>　　　　　Defendants. | No. 2:25-cv-00028-DC-SCR (PS)<br><br>ORDER REFERRING MOTION TO MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(a), the pending motion (Doc. No. 3) filed by Plaintiff on January 8, 2025 is hereby referred to United States Magistrate Judge Sean C. Riordan for issuance of findings and recommendations in accordance with 28 U.S.C. § 636(b)(1)(B) and (C).

　　　　IT IS SO ORDERED.

Dated: **January 10, 2025**

　　　　　　　　　　　　　　　　　　　　　　　　　Dena Coggins
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1