UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY ORTIZ, | No. 2:25-cv-00028 DC SCR |
| Plaintiff, | |
| v. | RECUSAL ORDER |
| DOUG V. MULL, et al., | |
| Defendants. | |

Upon examination of the above-captioned action, the undersigned judge disqualifies himself. Good cause appearing, IT IS HEREBY ORDERED that the undersigned recuses himself from the above-captioned case.

IT IS FURTHER ORDERED that the Clerk of Court reassign this case to another judge for all further proceedings and that the Clerk of Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

DATED: January 16, 2025

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE