UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY ORTIZ,<br><br>            Plaintiff,<br><br>     v.<br><br>DOUG V. MULL, et al.,<br><br>            Defendants. | No. 2:25-cv-00028-DC-SCR (PS)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTION FOR INJUNCTIVE RELIEF<br><br>(Doc. Nos. 3, 6) |

Plaintiff Henry Ortiz is proceeding *pro se* in this civil action. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. (Doc. No. 4.)

On January 21, 2025, the assigned magistrate judge issued findings and recommendations recommending Plaintiff's motion for injunctive relief (Doc. No. 3) be denied. (Doc. No. 6.) Specifically, the magistrate judge found Plaintiff failed to comply with the court's local rules relating to requests for injunctive relief. (*Id*.) Additionally, the magistrate judge found the court must abstain from interference with the pending state court unlawful detainer action pursuant to binding precedent. (*Id*.) The magistrate judge further found Plaintiff cannot show a likelihood of success on the merits as required for injunctive relief, because Plaintiff has not stated a cognizable claim. (*Id*.) Those findings and recommendations were served on Plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days from the

1

date of service. (*Id.* at 7.) To date, no objections have been filed, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on January 21, 2025 (Doc. No. 6) are adopted in full;
2. Plaintiff's motion for injunctive relief (Doc. No. 3) is denied; and
3. This matter is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: **February 18, 2025**

Dena Coggins
United States District Judge

2