UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY ORTIZ,<br><br>    Plaintiff,<br><br>    v.<br><br>DOUG V. MULL., et al.,<br><br>    Defendants. | No. 2:25-cv-0028-DC-CKD (PS)<br><br><br>ORDER |

    Plaintiff proceeds pro se with this civil action. Plaintiff has requested an extension of time to file a first amended complaint. (ECF No. 8.)

    Good cause appearing, IT IS HEREBY ORDERED AS FOLLOWS:

    1. Plaintiff's request for an extension of time (ECF No. 8) is GRANTED.

    2. Plaintiff is granted an extension of time of 90 days from the date of this order to file a first amended complaint.

Dated: February 24, 2025

                                                CAROLYN K. DELANEY
                                                UNITED STATES MAGISTRATE JUDGE

8, orti25cv0028.eot.1ac

1