UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY ORTIZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DOUG V. MULL., et al.,<br><br>　　　　Defendants. | No.  2:25-cv-0028-DC-CKD (PS)<br><br><br>ORDER |

　　　　Plaintiff proceeds pro se and requests a 90-day extension of time to file a second amended complaint. (ECF No. 12.) Plaintiff provided a declaration in support of the request. (Id.)

　　　　Good cause appearing, IT IS ORDERED as follows:

　　　　1.  Plaintiff's request for a 90-day extension of time (ECF No. 12) is GRANTED.

　　　　2.  Plaintiff is granted an extension of time up to and including November 24, 2025, to file the second amended complaint.

Dated:  August 1, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Carolyn K. Delaney
　　　　　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

8, orti25cv0028.eot.2ac

1