UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HENRY ORTIZ,

           Plaintiff,

     v.

DOUG V. MULL, et al.,

           Defendants.

No.  2:25-cv-0028-DC-CKD (PS)

ORDER VACATING FINDINGS AND RECOMMENDATIONS (ECF No. 16) AND GRANTING LEAVE TO FILE AN AMENDED COMPLAINT

Plaintiff Henry Ortiz proceeds pro se and in forma pauperis. On January 20, 2026, the undersigned screened plaintiff's second amended complaint pursuant to 28 U.S.C. § 1915(e) and recommended dismissal without further leave to amend on the ground that the complaint fails to state a claim. Plaintiff filed objections to the findings and recommendations. (ECF No. 17.)

Having considered plaintiff's objections, and based on plaintiff's representations, the undersigned finds it is possible plaintiff could allege sufficient facts to state a claim upon which relief can be granted. Plaintiff should have another opportunity to plead his claims. Accordingly, the undersigned will vacate the findings and recommendations to dismiss plaintiff's second amended complaint without further leave to amend and grant plaintiff 30 days to file a third amended complaint. See Lucas v. Dep't of Corr., 66 F.3d 245, 248 (9th Cir. 1995) ("Unless it is absolutely clear that no amendment can cure the defect . . . a pro se litigant is entitled to notice of the complaint's deficiencies and an opportunity to amend prior to dismissal of the action.").

1

In accordance with the above, IT IS ORDERED as follows:

1. The Findings and Recommendations signed January 20, 2026 (ECF No. 16) are VACATED; and

2. Plaintiff is granted thirty days from the date of service of this order to file an amended complaint that complies with the requirements of the Federal Rules of Civil Procedure and the Local Rules of Practice; the amended complaint must bear the docket number assigned this case and must be labeled "Third Amended Complaint"; failure to file an amended complaint in accordance with this order will result in a recommendation that this action be dismissed.

Dated: January 27, 2026

_____

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 orti25cv0028.vacfrs

2